1

2

3

4

5

6

7

8                                 UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SAMUEL SANCHEZ,                                    No.  2:15-cv-1903 CKD P

12                    Petitioner,

13        v.                                            ORDER

14   MULE CREEK STATE PRISON
     WARDEN,
15
                      Respondent.
16

17

18          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

19   corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

20          The application attacks a conviction issued by the Riverside County Superior Court.

21   While both this court and the United States District Court in the district where petitioner was

22   convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any

23   and all witnesses and evidence necessary for the resolution of petitioner's application are more

24   readily available in Riverside County.  Id. at 499 n.15; 28 U.S.C. § 2241(d).

25          Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

26          1.  This court has not ruled on petitioner's application to proceed in forma pauperis; and

27          /////

28          /////

                                                        1

1      2.  This matter is transferred to the United States District Court for the Central District of

2  California.

3  Dated:  September 23, 2015

_____

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/kly
sanc1903.108

2